UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EARL L. JACKSON, III,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>    Respondent. | Case No. 4:09-cv-286-CWD<br><br>**JUDGMENT** |

  Pursuant to the Court's Memorandum Decision and Order which **AFFIRMED** the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the **RESPONDENT** and the case is **DISMISSED** with prejudice.



DATED: September 29, 2010

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge

**JUDGMENT - 1**